# Linklaters

1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (212) 903-9105
Direct Fax (212) 903-9100
larry.byrne@linklaters.com

Honorable Raymond J. Dearie
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**                                                                                   February 22, 2010

Dear Chief Judge Dearie:

### STMicroelectronics N.V. v. Credit Suisse Group, 08 Civ. 3201 (RJD)

We respectfully submit this letter in response to plaintiff ST Microelectronics N.V.'s ("ST's") letter dated February 18, 2010 requesting leave to file an amended complaint and for discovery. We represent Credit Suisse Group ("CSG") in this matter and CSG respectfully opposes both of ST's requests.

This action relates to a prior completed arbitration between ST and CSG's indirect subsidiary, Credit Suisse Securities (USA) LLC, which is currently under review by the Honorable Deborah Batts of the United States District Court for the Southern District of New York. Following the commencement of that arbitration, ST filed this action against CSG and the case was assigned to the late Honorable Charles Sifton. As ST correctly notes, Magistrate Judge Levy previously ordered that discovery should be stayed pending this Court's decision on CSG's motion to dismiss this action in its entirety. Judge Sifton previously heard oral argument on CSG's motion which remains sub judice with this Court.

We stand ready to provide additional information regarding the history and nature of this dispute at the pre-motion conference next week. CSG would also like to address next week an appropriate briefing schedule that the Court would enter if ST is permitted to file a motion to amend the complaint and for discovery.

Respectfully submitted,

*Lawrence Byrne*

Lawrence Byrne

cc: Andrew Weissmann, Esq. (via ECF)

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Supreme Court of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.