UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STMICROELECTRONICS N.V., <br><br> *Plaintiff*, <br><br> v. <br><br> CREDIT SUISSE GROUP, <br><br> *Defendant*. | 08 Civ. 3201 (RJD) (RML) <br><br> *Electronically Filed* |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the accompanying Declaration of David Newman, dated February 11, 2010, and the exhibits submitted therewith, the undersigned attorneys for plaintiff STMicroelectronics N.V. shall move this Court, before the Honorable Raymond J. Dearie, Chief United States District Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Courtroom 10A, Brooklyn, New York 11201, after oral argument to be held at a date and time designated by the Court, to amend the complaint in this action pursuant to Federal Rule of Civil Procedure 15, to vacate in part the stay of discovery previously entered in this action, and

1

for such other and further relief as the Court deems just and proper.

Dated: February 11, 2010

JENNER & BLOCK LLP

By: /s/

Andrew Weissmann
Matthew W. Alsdorf
Elisabeth Genn
Danielle Tarantolo
David Newman

Jenner & Block LLP
919 Third Avenue, 37th floor
New York, New York 10022
Tel: (212) 891-1650

*Attorneys for STMicroelectronics N.V.*