UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STMICROELECTRONICS N.V., <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP, <br><br> Defendant. | Case No. 08-Civ-3201 (RJD) (RML) <br><br> Hon. Raymond J. Dearie <br><br> ECF Case |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel in the above-captioned action, that the time for Defendant Credit Suisse Group to answer or otherwise respond to the Amended Complaint filed by Plaintiff STMicroelectronics N.V. shall be extended from April 22, 2011 to and including May 13, 2011.

This is the parties' first request and agreement for an extension of time to respond to Plaintiff's Amended Complaint.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: New York, New York
April 19, 2011

| | |
|---|---|
| BINGHAM MCCUTCHEN LLP | JENNER & BLOCK LLP |
| *[signature]* | *[signature]* |
| Jeffrey Q. Smith | Andrew Weissmann |
| Mary Gail Gearns | Elizabeth A. Edmondson |
| Jeanette V. Torti | 919 Third Avenue |
| 399 Park Avenue | New York, NY 10022 |
| New York, NY 10022-4689 | Tel: (212) 891-1650 |
| Tel: (212) 705-7000 | Email: aweissmann@jenner.com |
| Email: jqsmith@bingham.com |     eedmondson@jenner.com |
|     marygail.gearns@bingham.com | |
|     jeanette.torti@bingham.com | *Attorneys for Plaintiff* |
| | *STMicroelectronics N.V.* |
| *Attorneys for Defendant* | |
|   *Credit Suisse Group* | |

SO ORDERED:

_____
Hon. Raymond J. Dearie, U.S.D.J.