# BINGHAM

Mary Gail Gearns
Direct Phone: 212.705.7252
Direct Fax:    212.752-5378
marygail.gearns@bingham.com

May 3, 2011

Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>STMicroelectronics, N.V. v. Credit Suisse Group, 1:08-cv-3201 (RJD) (RML)</u>**

Dear Judge Levy:

I write on behalf of Credit Suisse Group ("CSG") to advise the Court that CSG intends to file a response to Andrew Weissmann's letter to Your Honor dated April 27, 2011.

This firm was recently substituted for Linklaters LLP as counsel of record for CSG in the above-referenced matter. We are reviewing the written discovery and discovery motions previously filed by the parties and will be in a position to submit CSG's response to Mr. Weissmann's letter no later than this Friday, May 6, 2011.

CSG's Answer to plaintiff's Amended Complaint is due May 13, 2011, and a conference with Your Honor is scheduled for May 24, 2011. Therefore, plaintiffs should not be prejudiced in any way by the filing of CSG's response by May 6.

For the foregoing reasons, CSG respectfully requests the Court's leave to submit a response to Mr. Weissman's letter by May 6, 2011.

Respectfully submitted,

Mary Gail Gearns

cc:  Andrew Weissmann, Esq.
     Elizabeth A. Edmondson, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T 212.705.7000
F 212.752.5378
bingham.com