UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STMICROELECTRONICS N.V.,             )
                                     )   08-cv-3201 (RJD) (RML)
            *Plantiff,*              )
                                     )   **MOTION FOR LEAVE TO**
      v.                             )   **LEAVE TO WITHDRAW**
                                     )   **ELISABETH GENN AS**
CREDIT SUISSE GROUP,                 )   **COUNSEL FOR**
                                     )   **STMICROELECTRONICS N.V.**
            *Defendant.*             )
                                     )
---                                  )

PURSUANT TO RULE 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Elisabeth Genn, file this Motion for Leave to Withdraw my appearance as counsel for Plaintiff STMicroelectronics N.V. ("ST") in the above-captioned case. In support of this motion, I state as follows:

1. I, Elisabeth Genn, am identified as counsel to be noticed. As of April 29, 2011, I will be taking a leave of absence from Jenner & Block LLP.

2. ST remains represented by the law firm of Jenner & Block LLP and other attorneys from Jenner & Block LLP have entered appearances on behalf of ST in the above-captioned case.

3. The withdrawal of my appearance would not affect the case schedule in any way.

4. For the foregoing reasons, I respectfully request that this Court grant leave of my withdrawal as counsel for ST.

Dated: April 29, 2011

*[signature]*
Elisabeth Genn

s/ Judge Raymond J. Dearie

So Ordered. 5/4/11