UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STMICROELECTRONICS N.V.,

                Plaintiff,

    v.

CREDIT SUISSE GROUP,

                Defendant.

Case No. 08-Civ-3201 (RJD) (RML)

Hon. Raymond J. Dearie

ECF Case

## STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Bingham McCutchen LLP located at 399 Park Avenue, New York, New York 10022, shall be substituted as attorneys of record for the defendant Credit Suisse Group in the above-captioned matter in the place of Linklaters LLP located at 1345 Avenue of the Americas, New York, New York 10105, as of the date hereof. All papers should be served upon Bingham McCutchen LLP henceforth.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: New York, New York
       May 3, 2011

| BINGHAM MCCUTCHEN LLP | LINKLATERS LLP |
|---|---|
| *[signature]* | *[signature]* |
| Jeffrey Q. Smith | Amanda J. Gallagher |
| Mary Gail Gearns | 1345 Avenue of the Americas |
| Jeanette V. Torti | New York, NY 10105 |
| 399 Park Avenue | Tel: (212) 903-9000 |
| New York, NY 10022-4689 | Email: amanda.gallagher@linklaters.com |
| Tel: (212) 705-7000 | |
| Email: jqsmith@bingham.com | *Outgoing Attorneys for Defendant* |
|        marygail.gearns@bingham.com | *Credit Suisse Group* |
|        jeanette.torti@bingham.com | |
| *Incoming Attorneys for Defendant* | |
| *Credit Suisse Group* | |

SO ORDERED:

s/ Judge Raymond J. Dearie

_____
Hon. Raymond J. Dearie, U.S.D.J.

5/4/11

-2-