AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| STMicroelectronics N.V. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 08 Civ. 3201 (RJD) (RML) |
| Credit Suisse Group | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Credit Suisse Group

Date:  05/06/2011

*Attorney's signature*

Jeffrey Q. Smith (JS-7435)
*Printed name and bar number*

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
*Address*

jqsmith@bingham.com
*E-mail address*

(212) 705-7000
*Telephone number*

(212) 752-5378
*FAX number*