IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

STMICROELECTRONICS, N.V., )
)
    Plaintiff, )
)
v. )  Case No. 08-cv-3201(RJD) (RML)
)
)  *Electronically Filed*
CREDIT SUISSE GROUP, )
)
    Defendant. )
)

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. The above-captioned action is voluntarily dismissed with prejudice.

2. All of Plaintiff's claims against Defendant in the above-captioned action are voluntarily dismissed with prejudice.

3. The dismissal is without costs.

Dated: June 15, 2011

By: _____

Andrew Weissmann
Elizabeth A. Edmondson
JENNER & BLOCK LLP
919 Third Avenue, 37th floor
New York, New York 10022
Tel: (212) 891-1650

*Attorneys for STMicroelectronics N.V.*

Dated: June 14, 2011

By: _____

Jeffrey Q. Smith
Mary Gail Gearns
Jeanette V. Torti
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000

*Attorneys for Credit Suisse Group*